CCC:JK
F. #2021R00258

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANTHONY LEONARDI,
ROBERT LEONARDI,
WILLIE JUNIOR MAXWELL II,
    also known as "Fetty Wap,"
BRIAN SULLIVAN,
ANTHONY SYNTJE and
KAVAUGHN WIGGINS,
    also known as "KV,"

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 29 2021  ★

LONG ISLAND OFFICE

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. <u>21-452 (S-1)(JS)</u>
(T. 21, U.S.C., §§ 841(b)(1)(A)(i),
  841(b)(1)(A)(ii)(II), 841(b)(1)(A)(iii),
  841(b)(1)(A)(vi) and 846; T. 18, U.S.C.,
  §§ 924(c)(1)(A)(i), 2 and 3551 <u>et seq.</u>)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute and Possess Controlled Substances)

      1.     In or about and between June 2019 and June 2020, both dates being

approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendants ANTHONY LEONARDI, ROBERT LEONARDI, WILLIE JUNIOR

MAXWELL II, also known as "Fetty Wap," BRIAN SULLIVAN, ANTHONY SYNTJE and

KAVAUGHN WIGGINS, also known as "KV," together with others, did knowingly and

intentionally conspire to distribute and possess with intent to distribute controlled substances,

which offense involved (a) a substance containing heroin, a Schedule I controlled substance;

(b) a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide

("fentanyl"), a Schedule II controlled substance; (c) a substance containing cocaine, a

Schedule II controlled substance; and (d) a substance containing cocaine base, a Schedule II

controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).   The

amount of heroin, fentanyl, cocaine and cocaine base involved in the conspiracy attributable

to ANTHONY LEONARDI, ROBERT LEONARDI, SULLIVAN and WIGGINS as a result

of their own conduct, and the conduct of other conspirators reasonably foreseeable to them,

was (a) one kilogram or more of a substance containing heroin, (b) 400 grams or more of a

substance containing fentanyl, (c) five kilograms or more of a substance containing cocaine

and (d) 280 grams or more of a substance containing cocaine base.   The amount of cocaine

involved in the conspiracy attributable to MAXWELL II and SYNTJE as a result of their

own conduct, and the conduct of other conspirators reasonably foreseeable to them, was five

kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(i),

841(b)(1)(A)(ii)(II), 841(b)(1)(A)(iii) and 841(b)(1)(A)(vi); Title 18, United States Code,

Sections 3551 et seq.)

COUNT TWO
(Use of Firearms in Connection with a Drug Trafficking Crime)

2.      In or about and between June 2019 and June 2020, both dates being

approximate and inclusive, within the Eastern District of New York, the defendants

ANTHONY LEONARDI, ROBERT LEONARDI, BRIAN SULLIVAN, ANTHONY

SYNTJE and KAVAUGHN WIGGINS, also known as "KV," together with others, did

knowingly and intentionally use and carry one or more firearms during and in relation to a

drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and

intentionally possess said firearms in furtherance of such drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
JACQUELYN M. KASULIS
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00258
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

ANTHONY LEONARDI,
ROBERT LEONARDI,
WILLIE JUNIOR MAXWELL II, also known as "Fetty Wap,"
BRIAN SULLIVAN,
ANTHONY SYNTJE and
KAVAUGHN WIGGINS, also known as "KV,"

Defendants.

### SUPERSEDING INDICTMENT

(T. 21, U.S.C., §§ 841(b)(1)(A)(i), 841(b)(1)(A)(ii)(II),
841(b)(1)(A)(iii), 841(b)(1)(A)(vi) and 846;
T. 18, U.S.C., §§ 924(c)(1)(A)(i), 2 and 3551 et seq.)

*A true bill.*

_____
                                                    *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                            *Clerk*

*Bail, $* _____

_____

*Christopher C. Caffarone, Assistant U.S. Attorney (631) 715-7868*