**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF NEW YORK**
-------------------------------------------------------X
United States of America

   -against-

Willie Junior Maxwell, II
                      **Defendant**
-------------------------------------------------------X

**ORDER**

21-cr-0452-003 (JS)(SIL)

     The above-referenced criminal case is hereby referred to **Magistrate Judge Steven I. Locke** for the following purpose(s):

[XX] To conduct an arraignment on the (Superseding) Indictment/Information, to appoint counsel (if appropriate), and/or to rule on any bond applications/modifications.

[ ] Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.

[ ] With consent of the parties as indicated below, to select a jury of twelve (12) with two (2) alternates.

                                      **SO ORDERED:**

                                      s/ *Joanna Seybert*
                                      Joanna Seybert, Senior U.S.D.J.

Dated: 10/29/2021
       Central Islip, New York

The undersigned defendant has voluntarily consented to the above after full consultation with counsel. The undersigned defendant will suffer no prejudice by not consenting. If there is no consent, the District Court Judge assigned, rather than the Magistrate Judge, will act.

Defendant: _____
Willie Junior Maxwell, II

/s/ Elizabeth Macedonio

Counsel: _____

Government: _____
Andrew Wenzel, AUSA

**SO ORDERED:**

/s/ Steven I. Locke

Steven I. Locke, U.S.M.J.

Dated: 10/29/2021
Central Islip, New York