The undersigned defendant has voluntarily consented to the above after full consultation with counsel. The undersigned defendant will suffer no prejudice by not consenting. If there is no consent, the District Court Judge assigned, rather than the Magistrate Judge, will act.

Defendant: _____
Willie Junior Maxwell, II

/s/ Elizabeth Macedonio

Counsel: _____

Government: _____
Andrew Wenzel, AUSA

**SO ORDERED**:

/s/ Steven I. Locke

Steven I. Locke, U.S.M.J.

Dated: 10/29/2021
Central Islip, New York