BEFORE: STEVEN I. LOCKE  DATE: 10/29/21
UNITED STATES MAGISTRATE JUDGE  TIME: 2:30 pm (30m)

# CRIMINAL CAUSE FOR ARRAIGNMENT ON INDICTMENT

**DOCKET No. CR 21-0452(JS) USA v. MAXWELL**

**DEFENDANT: Willie Junior Maxwell II**    **DEF. #**
☒ Present   ☐ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: **Elizabeth Macedonio**
☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.**: **Andrew Wenzel**

INTERPRETER: ()

PROBATION OFFICER/PRETRIAL: **Donna Mackey**

COURT REPORTER / FTR LOG : _____   MAGISTRATE DEPUTY: KMG

☒ Case called   ☒ Counsel for all sides present

☐ Removal Proceeding. Other District:

☒ Arraignment on the Indictment

☒ Defendant enters a plea of **NOT GUILTY to the superseding indictment.**

☒ Waiver of Speedy Trial executed; time excluded from 10/29/21 through 11/24/21.

☐ Order Setting Conditions of Release and Bond continued.

☒ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

   ☐ Detention Hearing scheduled for:

☐ Bail Hearing held. Disposition:

☒ Next Tele-Court appearance scheduled for 11/24/21 at 10:00 am in front of DJ Seybert.

Defendant ☐ Remains on Bond;  ☒ Remains in Custody.

OTHER: Defendant waives a public reading of the Indictment. A Rule 5F Order has been entered.