UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

United States of America

        v.

Willie J. Maxwell, II

----------------------------------------X

2:21-CR-452-JS-SIC-3

NOTICE OF MOTION TO
ADMIT COUNSEL PRO HAC
VICE

TO:   **Andrew Patrick Wenzel**, Esq.
      DOJ-USAO
      Eastern District of New York
      271 Cadman Plaza East
      Brooklyn, NY 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I, Navarro W. Gray, will move this Court

pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York for an order allowing the admission of movant, a member of

the firm of The Gray Law Firm, LLC and a member in good standing of the bar(s) of the

State(s) of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as

counsel for Willie Junior Maxwell, II. There are no pending disciplinary proceedings against me in

any state or federal court.

Dated: 11/8/2021

Respectfully submitted,

Signature of Movant
Firm Name The Gray Law Firm, LLC
Address    10 Banta Place, Suite 114
           Hackensack, NJ 07601
Email Navarro@thegrayfirmnj.com
Phone (201) 342-4064