

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC:APW:ss
F. #2021R00258

*610 Federal Plaza*
*Central Islip, New York 11722*

March 3, 2022

<u>By Email and ECF</u>

Elizabeth E. Macedonio, P.C.
52 Duane Street, 7th Floor
New York, NY 10007

      Re:    United States v. William Maxwell
             <u>Criminal Docket No. 21-452 (JS)</u>

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered WM 000034 through WM 000036. The government is in the process of obtaining additional cell site data and will forward it to you once we receive it. Also enclosed is an index of the discovery. The index will not be filed electronically. The government also requests reciprocal discovery from the defendant.

                          Very truly yours,

                          BREON PEACE
                          United States Attorney

              By:    <u>/s/ Christopher C. Caffarone</u>
                    Christopher C. Caffarone
                    Andrew P. Wenzel
                    Assistant U.S. Attorneys
                    (631) 715-7868/7832

Enclosures
cc:     Clerk of the Court (JS) (by ECF) (without enclosures)