

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

APW
F. #2021R00258

*610 Federal Plaza*
*Central Islip, New York 11722*

August 8, 2022

```
        FILED
   IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 08 2022   ★

  LONG ISLAND OFFICE
```

By E-mail

The Honorable Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    United States v. Willie Junior Maxwell II
                Criminal Docket No. 21-452 (JS)(SIL))

Dear Judge Locke:

        The government respectfully moves for an order unsealing the affidavit in support of the government's motion to revoke bail and the arrest warrant in the above-captioned matter.

                                      Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney

                By:          /s/
                          Andrew P. Wenzel
                          Assistant U.S. Attorney
                          (631) 715-7832

Enclosure

cc:    Clerk of Court (by ECF)
       Elizabeth Macedonio, Esq. (by ECF)