APW
F.# 2021R00258

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

WILLIE JUNIOR MAXWELL II, also known as "Fetty Wap," also known as Willie Junior Maxwell,

Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 08 2022 ★

LONG ISLAND OFFICE

P R O P O S E D   O R D E R

CR 21-452 (JS)(SIL))

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew P. Wenzel, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the affidavit in support of the government's motion to revoke bail and arrest warrant in the above-captioned matter be unsealed.

Dated:  Central Islip, New York
        _____August 8_____, 2022

                                    _____/s/ Steven I. Locke_____
                                    HONORABLE STEVEN I. LOCKE
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK