BEFORE: STEVEN I. LOCKE  DATE: 8/8/22
UNITED STATES MAGISTRATE JUDGE  TIME: 3:15 pm

# CRIMINAL CAUSE FOR BAIL REVOCATION HEARING

**DOCKET No. CR 21-0452(JS) USA v. Maxwell**

**DEFENDANT: Willie Junior Maxwell II**  **DEF. # 3**
☒ Present  ☐ Not Present  ☐ Custody  ☒ Bail

**DEFENSE COUNSEL**: Elizabeth Macedonio
☐ Federal Defender  ☐ CJA  ☒ Retained

**A.U.S.A.**: Andrew Wenzel

INTERPRETER: ()

PRETRIAL:

FTR LOG : 3:15 – 3:25    MAGISTRATE DEPUTY: RG

☒ Case called  ☒ Counsel for all sides present

☐ Waiver of Speedy Indictment/Trial executed; time excluded from ____ through

☐ Order Setting Conditions of Release and Bond entered.

☒ Bail Hearing held. Disposition:

☒ Permanent Order of Detention entered.

☒ Next Court appearance scheduled for

Defendant ☐ Released on Bond;  ☒ Remanded. In Custody.

OTHER: Motion for bail revocation granted. See attached Order.