UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNTED STATES OF AMERICA,

    -against-

21-CR-452 (JS)(SIL)

WILLIAM JUNIOR MAXWELL, also known
as "Fetty Wap," also known as Willie Junior
Maxwell,
              Defendant.
-----------------------------------------------------------------X

### STEVEN I. LOCKE, United States Magistrate Judge:

    Upon the Government's motion for the revocation of bail pursuant to 18 U.S.C. § 3148 (b)(1), and after hearing oral argument from both sides, the motion for revocation of bail is granted. While Defendant offers sympathetic reasons for his conduct, the fact remains that the Government submits a video clearly depicting Defendant brandishing a gun and threatening to kill someone on the other end of video conference call. This evidence establishes: (i) probable cause to believe that a crime has been committed, and (ii) clear and convincing evidence that Defendant has violated the terms of his bond, and is a danger to the community such that there no condition or combination of conditions that will alleviate that danger.

Dated:    Central Islip, New York
             August 8, 2022           SO ORDERED.

                                                             Steven I. Locke_____
                                                             United States Magistrate Judge